IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00328-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| CHRISTOPHER TODD WILSON | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of counsel, who recently entered an appearance, to hold the defendant's pro se motion for compassionate release in abeyance while a reply to the government's response is prepared. (Doc. No. 35).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED**, and this matter shall be held in abeyance pending the filing of the defendant's reply. The Clerk is directed to certify copies of this Order to the defendant and to the United States Attorney.

Signed: October 30, 2023

Robert J. Conrad, Jr.
United States District Judge